**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19cr77 |
| | ) | |
| SAMMY MARQUELLE BETHEA, | ) | |
| | ) | |
| *Defendant*. | ) | |

**W̲I̲T̲N̲E̲S̲S̲ L̲I̲S̲T̲ O̲F̲ T̲H̲E̲ U̲N̲I̲T̲E̲D̲ S̲T̲A̲T̲E̲S̲**

1. Moe Abujamous

2. Sherry Anderson

3. Shatima Bey

4. Regina Bowen

5. William N. Cooke

6. Patricia Cornell, United States Postal Inspection Service

7. David L. Creath, Virginia State Police

8. Jeremy D'Errico, Federal Bureau of Investigation

9. Matthew Gowin, Hanover County Sheriff's Office

10. Claudine Green

11. Stefan Hinds, United States Postal Inspection Service

12. Karen Hudgins

13. William Keenan

14. Steve Kelly

15. Thomas Kinsling

16. Lareese Mallety

17. Toni Rodriguez

18. Jessica Turner

19. Jessica Wright, Virginia Attorney General's Office

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:    _____/s/_____
Thomas A. Garnett
Kevin S. Elliker
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400
(804) 771-2316 (facsimile)
Email: Thomas.A.Garnett@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____s/_____
Thomas A. Garnett
Assistant United States Attorney
Virginia Bar No. 86054
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400
(804) 771-2316 (facsimile)
Email: Thomas.A.Garnett@usdoj.gov

3