✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

UNITED STATES OF AMERICA

V.

SAMMY MARQUELLE BETHEA

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-CR-00077-REP-1

| PRESIDING JUDGE ROBERT E. PAYNE | ASSISTANT UNITED STATES ATTORNEY THOMAS GARNETT / KEVIN ELLIKER | DEFENDANT'S ATTORNEY W. EDWARD RILEY & JOSEPH DEAN |
|---|---|---|
| COURTROOM NUMBER 7400 | COURT REPORTER PEPPY PETERSON | COURTROOM DEPUTY NIKKI BROWN |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ■ | 10/28/20 |  |  | Direct Examination – Alycia Hurley (Mother of Defendant) |
| ■ |  | 10/28/20 |  |  | Cross Examination – Alycia Hurley (Mother of Defendant) |
|  |  | 10/28/20 |  |  | → Referred to Government's Exhibit 11 |
|  |  | 10/28/20 |  |  | → Referred to Government's Exhibit 1A |
|  |  | 10/28/20 |  |  | → Referred to Government's Exhibit 25 |
|  |  | 10/28/20 |  |  | → Referred to Government's Exhibit 26 |
|  |  | 10/28/20 |  |  | → Referred to Government's Exhibit 40 |
|  | ■ | 10/28/20 |  |  | Redirect Examination – Alycia Hurley (Mother of Defendant) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.